# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIRSHA BROWN,

                Plaintiff,

vs.

PRECISION OPINION,

                Defendant.

Case No. 2:11-cv-00392-PMP-PAL

**ORDER**

(IFP App - Dkt. #1)

       This matter is before the court on Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) filed on March 14, 2011. Plaintiff is proceeding *pro se*. The court has reviewed Plaintiff's Application, and it is incomplete. Plaintiff has not provided a complete response to Item No. 3, nor has she answered Item Nos. 5, 6, 7, or 8 at all. As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*.

       Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE.
2. The Clerk of Court shall mail Plaintiff a blank Application to Proceed *In Forma Pauperis*.
3. Plaintiff shall have until **April 15, 2011,** in which to file a completed Application to Proceed *In Forma Pauperis*.

/ / /

/ / /

/ / /

1  4.  Failure to comply with this Order will result in a recommendation to the District Judge
2      that this case be dismissed.
3  Dated this 18th day of March, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE