UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| KIRSHA BROWN-YOUNGER, | ) | 2:11-CV-00392-PMP-PAL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| PRECISION OPINION, | ) | |
| Defendant. | ) | |

**IT IS ORDERED that** Defendant's Motion to Stay Case Pending Pre-Trial Status Hearing (Doc. #47) filed May 17, 2011, is **GRANTED**, and further proceedings in this case are hereby **STAYED** pending the Pre-Trial Status Hearing currently scheduled to be conducted before the Court on June 27, 2011.

DATED: June 14, 2011.

_____
PHILIP M. PRO
United States District Judge