UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KIRSHA BROWN-YOUNGER, | ) | 2:11-CV-00392-PMP-PAL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| PRECISION OPINION, | ) | |
| Defendant. | ) | |

Plaintiff having failed to respond to Defendant's Motion for Attorney Fees (Doc. #90), filed September 22, 2011, and the review of Defendant's Motion showing that Defendant is entitled to the relief requested, and good cause appearing,

**IT IS ORDERED that** Defendant's Motion for Attorney Fees (Doc. #90) in the sum of $17,688.00 is hereby **GRANTED**.

DATED: November 21, 2011.

_____
PHILIP M. PRO
United States District Judge