AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Kirsha Brown-Younger,

Plaintiff,

V.

Precision Opinion,

Defendant.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:11-cv-00392-PMP -PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment on attorney's fees is entered in favor of Defendants Precision Opinion and against Plaintiff Kirsha Brown-Younger in the amount of $17,688.00.

November 22, 2011 | /s/ Lance S. Wilson
--- | ---
Date | Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk