UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRSHA BROWN-YOUNGER, | 2:11-CV-00392-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| PRECISION OPINION, | |
| Defendant. | |

The Court having read and considered Plaintiff's Motion to Alter or Amend Judgment (Doc. #95) and Motion for New Jury Trial (Doc. #96), filed October 4, 2011, and Defendant's Response in Opposition thereto (Doc. #98) and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion to Alter or Amend Judgment (Doc. #95) and Motion for New Jury Trial (Doc. #96) are **DENIED**.

DATED: November 21, 2011.

_____
PHILIP M. PRO
United States District Judge